# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2010

141825

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DANIEL DANNY LEONARD,
      Defendant-Appellee.

SC: 141825
COA: 299980
Isabella CC: 10-000054-FC

_____/

On order of the Court, the application for leave to appeal the September 3, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CORRIGAN, J. (*concurring*).

I concur in the order denying leave. I note that our review of the prosecutor's argument—that the trial court wrongly excluded videotaped interviews of the defendant—was impeded by the prosecutor's failure to provide the Court with copies of the excluded videos.



s1018

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk